UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SCOTT ROSS MCGOWAN (#40037798)**　　　　　　　　　　**CIVIL ACTION**

**VERSUS**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**22-920-SDD-RLB**

**BRIAN K. ABELS**

## RULING

On or about November 18, 2022, the *pro se* plaintiff, a person confined at the Livingston Parish Detention Center, filed a Complaint (R. Doc. 1) alleging a violation of his constitutional rights. The plaintiff did not pay the Court's filing fee ($402.00) or submit a Motion to Proceed *in Forma Pauperis*. Pursuant to correspondence dated December 30, 2022 (R. Doc. 2), the Court directed the plaintiff to correct the aforementioned deficiencies within 21 days and advised that failure to do so would result in dismissal of his suit without further notice[1].

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the plaintiff has failed to respond to the Court's directives. The plaintiff did not submit a pauper motion and did not pay the Court's filing fee ($402.00). Rather, the plaintiff submitted a partial payment of $5.00. As such, the plaintiff's action shall be dismissed, without prejudice, for failure to correct the deficiencies of which he was notified. Accordingly,

**IT IS ORDERED** the above-captioned proceeding be **DISMISSED, WITHOUT PREJUDICE**. *Judgment* shall be entered accordingly.

---

[1] Although this correspondence was not returned to the Court as undeliverable, when the plaintiff updated his address on January 13, 2023, the same correspondence was sent to the new address on April 26, 2023. Other than submitting a partial filing fee, the plaintiff has not taken any additional action in this matter since January 13, 2023.

Finance

**IT IS FURTHER ORDERED** that the partial filing of $5.00 shall be returned to the plaintiff by the Clerk of Clerk.

Signed in Baton Rouge, Louisiana, on June 22, 2023.

*Shelly D. Dick*
_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**